# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **DAVID JONATHAN TULIS,** | ) |
|     **Plaintiff,** | ) <br> ) <br> ) **Case No. 3:22-cv-00911** |
| v. | ) **Chief District Judge Waverly Crenshaw** <br> ) **Magistrate Judge Barbara Holmes** |
| **ROGER A. PAGE, official capacity,** <br> **JOHN R. CRAWFORD, official capacity,** <br> **ADMINISTRATIVE OFFICE OF THE** <br> **COURTS JOHN AND JANE DOES, official** <br> **capacity, WILLIAM ORANGE, and** <br> **ATRIUM HOSPITALITY,** | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
|     **Defendants.** | ) |

## STATE DEFENDANTS' MOTION TO DISMISS

State Defendants, Chief Justice Roger A. Page ("Chief Justice Page"), John R. Crawford ("Crawford"), and Administrative Office of the Courts John and Jane Doe ("AOC Does") (collectively "State Defendants"), submit this Motion to Dismiss for lack of subject matter jurisdiction, under Federal Rule of Civil Procedure 12(b)(1), and for failure to state a claim upon which relief can be granted, under Federal Rule of Civil Procedure 12(b)(6).

Plaintiff fails to state a claim upon which relief can be granted because Plaintiff's claims are barred by the applicable one-year statute of limitations. Additionally, this Court lacks subject matter jurisdiction over Plaintiff's claims because sovereign immunity bars suit against non-consenting state officials in their official capacity. And because no amendment can cure Plaintiff's flawed theories, the Court should dismiss his case with prejudice.

In support of this Motion, State Defendants rely on the contemporaneously filed memorandum of law.

Respectfully Submitted,

JONATHAN SKRMETTI
Tennessee Attorney General & Reporter

*/s/ Lauren D. Rota*
LAUREN D. ROTA
Assistant Attorney General
BPR No. 037573
Office of the Tennessee
Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-1442
Lauren.Rota@ag.tn.gov
*Attorney for State Defendants*

# CERTIFICATE OF SERVICE

I certify that I filed the above document using the Court's CM/ECF system on December 22, 2022, and that on that date a copy of this document was sent via first class mail, postage prepaid, and electronic mail to:

David Jonathan Tulis
10520 Brickhill Lane
Soddy-Daisy, TN 37379
davidtuliseditor@gmail.com

*/s/ Lauren D. Rota*
Lauren D. Rota