IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID JONATHAN TULIS, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:2022cv00911 |
| v. ) | |
| ) | |
| WILLIAM ORANGE, CITY OF FRANKLIN, ) | |
| TN, ATRIUM HOSPITALITY, JOHN R. ) | JURY TRIAL DEMANDED |
| CRAWFORD, ROGER A. PAGE, and JOHN, ) | |
| JANE DOE Nos. 1, 2, etc. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT ATRIUM HOSPITALITY LP'S
## MOTION TO DISMISS

COMES NOW, Defendant, Atrium Hospitality LP (hereinafter "Defendant" or "Atrium"), incorrectly entitled "Atrium Hospitality" in the Complaint, by and through counsel, by and through counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and moves the Court to dismiss Plaintiff's claims against it as Plaintiff cannot prove his claims on their face; his claims are not supported by factual allegations that can push them "across the line from conceivable to plausible" *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007); fails to state a claim upon which relief may be granted; and, the claims are time-barred by the applicable statutes of limitations. In support of this motion, Defendant contemporaneously files its Memorandum of Law in Support.

Wherefore, premises considered, Defendant prays:

1. That the Court find that Plaintiff has failed to state a claim for which relief can be granted;

2. That the Plaintiff's claims be dismissed with prejudice;

3. That the Court award attorneys' fees and tax all costs to the Defendant.

1

Respectfully Submitted,

/s/ *Jamie K. Durrett*_____
Jamie K. Durrett, TN #026278
Wilson Elser Moskowitz Edelman & Dicker LLP
3102 West End Avenue Suite 400
Nashville, TN 37203
Telephone: 615.968.3434
Fax: 502.238.7844
jamie.durrett@wilsonelser.com
*Attorneys for Defendant Atrium Hospitality LP*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was submitted to the Court's CM/ECF system. An original copy was also sent via U.S. Mail to the following:

David Jonathan Tulis
c/o 10520 Brickhill Lane
Soddy-Daisy, TN 37379
davidtuliseditor@gmail.com

William Orange
c/o Department of Police
900 Columbia Ave.
Franklin, TN 37064

City of Franklin, Tennessee
109 3rd Avenue South
Franklin, TN 37064

John R. Crawford
Administrative Office of the Courts
511 Union Street, Suite 600
Nashville, TN 37219

Roger A. Page
Administrative Office of the Courts
511 Union Street, Suite 600
Nashville, TN 37219

Respectfully submitted on this 3rd day of January, 2023.

/s/ *Jamie K. Durrett*_____
Jamie K. Durrett

2

Case 3:22-cv-00911   Document 11   Filed 01/03/23   Page 2 of 2 PageID #: 46