RECEIVED
MAR 06 2023
U.S. District Court
Middle District of TN

United States District Court
Middle Tennessee district

| | | |
|---|---|---|
| David Jonathan Tulis | ) | |
|     Plaintiff | ) | |
| | ) | Case No. 3:22-cv-00911 |
| V. | ) | Hon. Chief Judge Waverly Crenshaw |
| | ) | Magistrate Judge Barbara Holmes |
| William Orange | ) | |
| City of Franklin | ) | |
| Roger A. Page | ) | |
| John R. Crawford | ) | |
| Atrium Hospitality | ) | |
|     Respondents/ | ) | |
|     Defendants | ) | |

## Motion for immediate hearing

Plaintiff demands an immediate hearing in his FRCP 65 equity petitions for two injunctions, one vs. respondent Page and his illegal false imprisonment and false arrest policy guarding secrecy of open-to-the public judicial conferences, and the other vs. city of Franklin for its unconstitutional system of general warrants in violation of T.C.A. § 40-7-103 and the federal fourth amendment.

The court receives petitioner's certified U.S. mail petitions Feb. 23, 2023, Thursday. Today is Wednesday. Respondents do not answer within 24 hours. The court did not within 24 hours order respondents to bar.

Petitioner demands a hearing immediately, if not sooner, about his demands per right for equitable relief of ongoing and unceasing harm, wrong and breach. Plaintiff faces continuing irreparable harm as a journalist intending to cover the next Tennessee judicial conference, and continuing oppression as a U.S. citizen who has a right to visit Franklin today and to be free of warrantless arrest in violation of state and federal law.

Plaintiff demands the matter of his public interest claims in equity be expedited for instant disposition.

As petitioner is anchor at the NoogaRadio Network microphone 6 a.m. to 9 a.m. central time, he asks the hearing be set for the next afternoon docket.

Respectfully submitted,

*David Jonathan Tulis*
───────────────────────────
David Jonathan Tulis

### CERTIFICATE OF SERVICE

I hereby certify that on this ___1st_____ day of March, 2023, a copy of this document is being sent by first-class U.S. mail to each of the parties below at their address with sufficient postage to deliver this document, or is sent digitally as attachment in an email.

*David J. Tulis*
───────────────────────────
David Jonathan Tulis

Mrs. Shauna R. Billingsley
Attorney for William Orange
109 Third Ave. South
Franklin TN 37064
shauna.billingsley@franklintn.gov

Mrs. Gina S. Vogel
Attorney for City of Franklin
Lewis Thomason PC
620 Market St.
Knoxville, TN 37901
GVogel@lewisthomason.com

Mrs. Jamie K. Durrett
Attorney for Atrium Hospitality
Wilson Elser Moskowitz Law
3102 West End Avenue Suite 400
Nashville, TN 37203
jamie.durrett@wilsonelser.com

Mrs. Lauren D. Rota, assistant attorney general
Attorney for Roger Page and John R. Crawford
Atty Gen. Ofc.
P.O. Box 20207
Nashville, TN 37202-0207
Lauren.Rota@ag.tn.gov

From:
David Tulis
c/o 10520 Brickhill Lane
Soddy-Daisy, TN 37379

US District Court Clerk
719 Church St.
Nashville TN 37203

CHATTANOOGA TN 373
1 MAR 2023

RECEIVED
MAR 06 2023
U.S. District Court
Middle District of TN